**UNITED STATES of America,**
**Appellee,**

v.

**Frederick COOPER, Appellant.**

**No. 11–1311.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 27, 2011.

Filed: Oct. 4, 2011.

Linda B. Lipe, Assistant U.S. Attorney, Michael D. Johnson, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Frederick Cooper, White Deer, PA, pro se.

Chris Tarver, Assistant, Federal Public Defender's Office, Little Rock, AR, for Appellant.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

Frederick Cooper appeals the 480–month prison sentence the district court [1] imposed when it granted his motion to reduce his life sentence based on 18 U.S.C. § 3582(c)(2) and Amendment 706 to the United States Sentencing Guidelines. After considering the arguments on appeal, we conclude that the district court did not abuse its discretion in sentencing Cooper: the record reflects that the court correctly determined the amended Guidelines range, carefully considered 18 U.S.C. § 3553(a) and the applicable Guidelines policy statement, and explained why it chose this particular reduction. *See United States v. Burrell,* 622 F.3d 961, 963–64 (8th Cir. 2010). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.